IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Shelby, Andrea | Case Number: 08 B 28068 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 03/10/09 | Filed: 10/20/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 22, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | United Consumer Financial Srv | Secured | 500.00 | 0.00 |
| 4. | Great American Finance Company | Secured | 250.00 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 60.48 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 32.29 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 35.95 | 0.00 |
| 8. | Capital One | Unsecured | 69.49 | 0.00 |
| 9. | Receivables Management Inc | Unsecured | 25.00 | 0.00 |
| 10. | United Consumer Financial Srv | Unsecured | 75.30 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 59.09 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 37.30 | 0.00 |
| 13. | Nicor Gas | Unsecured | 844.81 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 31.13 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 68.65 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 79.08 | 0.00 |
| 17. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 18. | American General Finance | Unsecured | | No Claim Filed |
| 19. | Allied Cash Advance | Unsecured | | No Claim Filed |
| 20. | GC Services | Unsecured | | No Claim Filed |
| 21. | Check Into Cash | Unsecured | | No Claim Filed |
| 22. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 23. | City of Calumet City | Unsecured | | No Claim Filed |
| 24. | First Cash Advance | Unsecured | | No Claim Filed |
| 25. | ER Solutions | Unsecured | | No Claim Filed |
| 26. | Credit Protection Association | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Shelby, Andrea | Case Number: 08 B 28068 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 03/10/09 | Filed: 10/20/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 28. | Credit Protection Association | Unsecured | | No Claim Filed |
| 29. | H & F Law Offices | Unsecured | | No Claim Filed |
| 30. | Marauder Corporation | Unsecured | | No Claim Filed |
| 31. | HomEq Servicing Corp | Unsecured | | No Claim Filed |
| 32. | Nicor Gas | Unsecured | | No Claim Filed |
| 33. | Penn Credit Corp | Unsecured | | No Claim Filed |
| 34. | Sylvester Cieslak | Unsecured | | No Claim Filed |
| 35. | Turner Acceptance Corporation | Unsecured | | No Claim Filed |
| 36. | U S Cash LLC | Unsecured | | No Claim Filed |
| | | | $ 2,168.57 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: